**DISMISS and Opinion Filed February 13, 2024**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-23-01216-CV**

**IN THE INTEREST OF G.F.G. AND G.K.G., CHILDREN**

**On Appeal from the 59th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. FA-21-1367**

## MEMORANDUM OPINION

Before Justices Garcia, Breedlove, and Kennedy
Opinion by Justice Kennedy

The filing fee, docketing statement, and clerk's record in this case have not been filed. By postcards dated December 4, 2023, and December 20, 2023, we notified appellant the $205 filing fee was due. We directed appellant to remit the filing fee within ten days and expressly cautioned appellant that failure to do so would result in dismissal of the appeal. Also by postcard dated December 4, 2023, we informed appellant the docketing statement was due and directed appellant to file the docketing statement within ten days. By letter dated January 2, 2024, we informed appellant the clerk's record had not been filed because appellant had not paid for the clerk's record. We directed appellant to provide, within ten days,

verification she (1) had either paid for or made arrangements to pay for the clerk's record, or (2) was entitled to proceed without payment of costs. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. To date, appellant has not paid the filing fee, provided the required documentation, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 37.3(b); 42.3(b), (c).


/Nancy Kennedy/
NANCY KENNEDY
JUSTICE

231216F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF G.F.G. AND
G.K.G., CHILDREN

No. 05-23-01216-CV

On Appeal from the 59th Judicial
District Court, Grayson County,
Texas
Trial Court Cause No. FA-21-1367.
Opinion delivered by Justice
Kennedy. Justices Breedlove and
Garcia participating.

In accordance with this Court's opinion of this date, this appeal is
**DISMISSED**.

Judgment entered February 13, 2024